**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00358-KLM

TERESE MARTINEZ
JOSEPH MARTINEZ,

    Plaintiff,

v.

SPA MOTEL,

    Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

    Pursuant to the offer of judgment served on December 18, 2015 and the acceptance thereof filed January 14, 2016, with proof of service, it is

    ORDERED that judgment is hereby entered for TERESE MARTINEZ and JOSEPH MARTINEZ and against SPA MOTEL in the amount of $150,000.00, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court.  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.65%</u> from the date of entry of judgment.

    Dated at Denver, Colorado this 15th day of January, 2016.

    FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ M. Ortiz
M. Ortiz
Deputy Clerk